SS/RNH                          56009-80                          Atty #6181405

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KESHALA LIDDELL, a minor by her Mother And Father and Next Friends, NIEKIA LIDDELL and ALBERT MOTTLEY, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) | No. |
| OFFICER ECHOLS, as agent and employee Of THE COUNTY OF COOK, a Municipal Corporation and THE COUNTY OF COOK, a Municipal Corporation, ) ) ) ) ) | |
| Defendants. ) | |

## COMPLAINT AT LAW

I. **JURISDICTION**

1. Jurisdiction is conferred on this court pursuant to 42 U=S.C. § 1983

2. PARTIES:

   Plaintiff:    **KESHALA LIDDELL, a minor by her Mother and Father and Next Friends, NIEKIA-LIDDELL and ALBERT MOTTLEY.**
   Address:      1429 East 67th Place, 3rd Floor, Chicago, Illinois.
   Defendant:    Officer Echols ("ECHOLS"), individually and as agent of The County of Cook, a Municipal Corporation. At all times relevant hereto, Defendant ECHOLS was a guard at the Cook County Juvenile Temporary Detention Center.
   Address:      1100 South Hamilton, Chicago, IL.

3. This action is brought pursuant to Section 1983 of 42 U.S.C., which states as follows:

   Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,

4. Venue is invoked pursuant to 28 U.S.C. s 1391.

5. Defendants are "state actors" within the meaning of Section 1983.

6. Defendant's conduct is violative of 42 U.S.C. Section 1983.

7. The conduct complained of in this action involves:

   a. acts under color of state law that caused the deprivation of the minor plaintiffs rights;

   b. acts under color of state law that caused injuries to the minor plaintiff.

## II. FACTS

8. At all times relevant hereto, the Defendant ECHOLS was employed by the County of Cook.

9. At all times relevant hereto, the Defendant ECHOLS was acting within the nature and scope of her employment for the Defendant COUNTY OF COOK.

10. On and prior to November 15, 2008 the minor Plaintiff was an inmate at the Cook County Juvenile Temporary Detention Center ("JTDC").

11. On November 15, 2008, the minor Plaintiff overheard the Defendant ECHOLS and another guard talking about their supervisor.

12. The minor Plaintiff told Defendant ECHOLS that she was first going to tell her supervisor and then her grandmother that they were talking about the supervisor.

13. At that time, Defendant ECHOLS told the minor Plaintiff that she did not care who she told about the conversation.

14. Furthermore, at that time, Defendant ECHOLS had a telephone in her hand and was shaking the telephone at her.

15. When the minor Plaintiff asked Defendant ECHOLS what she planned on doing with the telephone, Defendant ECHOLS told her that she was "going to hit her ass with it".

16. Defendant ECHOLS then grabbed the minor Plaintiff's arm and as the minor Plaintiff was trying to break away, Defendant ECHOLS hit the minor Plaintiff twice in the head with the telephone, causing a gash to open up in her head.

17. Two guards came by while this was occurring, with one guard grabbed the minor Plaintiff's left hand while the other one grabbed her right hand.

18. All the while, Defendant ECHOLS was pressing the telephone against the minor Plaintiff's throat.

19. As a direct and proximate result of one or more of the foregoing acts or omissions, the Plaintiff sustained injuries and damages, to wit, a head injury with a laceration that required stitches for the repair of said injury.

20. On and prior to the date of the subject occurrence, THE COUNTY OF COOK was aware of this conduct as well as DEFENDANT ECHOLS' prior conduct with respect to the Plaintiff.

21. On each of those occasions, including the current occurrence, THE COUNTY OF COOK chose to take no action with respect to the treatment of the Plaintiff.

22. As such, Defendant ECHOLS' actions amounted to either an official policy or, in the alternative, a widespread custom or practice.

III. **CAUSES OF ACTION:**

23. Actions that were taken under color of state law that proximately caused the deprivation of the Plaintiff's civil rights guaranteed by 42 USC Section 1983.

24. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

IV. **PRAYER FOR RELIEF:**

WHEREFORE, Plaintiff(s) request(s) that this Court grant the following relief:

a. monetary damages for the deprivation of civil rights;

b. punitive damages.

/s/ Scott Skaletsky

Scott Skaletsky, Esq.
Menges & Molzahn, LLC.
20 North Clark Street, Suite 2300
Chicago, IL 60602-5002
Phone: (312) 917-1880
Fax: (312) 917-1851