**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KESHALA LIDDELL, a minor by her Mother and Father and Next Friends, NIKEIA LIDDELL and ALBERT MOTLEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | 10 C 2875 |
| vs. | ) ) | Honorable Judge Ronald A. Guzman |
| OFFICER ECHOLS, as agent and employee of THE OFFICE OF THE CHIEF JUDGE OF THE CIRCUIT COURT OF COOK COUNTY, a municipal corporation and THE OFFICE OF THE CHIEF JUDGE OF THE CIRCUIT COURT OF COOK COUNTY, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND DISCOVERY**

NOW COMES the Defendant, THE OFFICE OF THE CHIEF JUDGE OF THE CIRCUIT COURT OF COOK COUNTY, through its attorney, ANITA ALVAREZ, Cook County State's Attorney, through her Assistant, Jill V. Ferrara, and the Plaintiff, KESHALA LIDDELL, through her attorney, SCOTT SKALESTSKY, and respectfully move this Honorable Court to extend discovery. In support thereof the parties state as follows:

1. On October 28, 2010, Plaintiff filed a First Amended Complaint. This Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint on November 10, 2010. The Motion has been fully briefed.

2. On February 8, 2011, the parties filed an agreed motion for an extension of time to complete discovery. At that time, Defendant Officer Echols had not been served. On

1

February 17, 2011, this Court granted the parties' motion and extended the completion of discovery until April 15, 2011.

3. Since February 17, 2011, Officer Echols has been served; however, an appearance has not been filed on her behalf.

4. Both parties have responded to written discovery.

5. Plaintiff's deposition was rescheduled from March 10, 2011, until April 4, 2011, in order to obtain necessary medical records. On March 29, 2011, the undersigned attorney, for the first time, became aware that Plaintiff resides at the Illinois Youth Center Pere Marquette in Grafton, Illinois, more than five hours south of Chicago. Plaintiff's counsel has stipulated that he will present inmate Plaintiff, Keshala Liddell, for deposition. However, as a result of the location of the correctional center housing Plaintiff, her deposition must be rescheduled in order to account for travel accommodations and to coordinate with the correctional center.

6. The parties are working diligently to complete discovery and to move this case forward. This Motion is made in good faith and is not intended to cause an unreasonable delay.

7. An extension of discovery will not prejudice either party and is by agreement.

8. The parties propose the following discovery plan:

(a) Discovery to close on June 13, 2011.

WHEREFORE, the Parties respectfully request that their motion to extend discovery be granted.

                                                                Respectfully submitted,


*/s/ Scott Skaletsky*                   */s/ Jill V. Ferrara*
Attorney for Plaintiff                  Attorney for Defendant
Scott Skaletsky                         Assistant State's Attorney
Menges & Molzahn, LLC                   500 Richard J. Daley Center
20 North Clark Street                   Chicago, IL 60602
Suite 2300                              (312) 603-3374
Chicago, IL 60602
(312)939-9009