**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Keshala Liddell
                Plaintiff,

v.
                                        Case No.: 1:10–cv–02875
                                        Honorable Ronald A. Guzman

Echols, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 6, 2011:

    MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 4/7/11 is stricken. Motion by Defendant The Office of the Chief Judge of the Circuit Court of Cook County for extension of time to complete discovery [35] is granted to and including 6/13/2011. Status hearing reset to 6/15/2011 at 09:30 AM. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.