IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KESHALA LIDDELL, a minor by her Mother and Father and Next Friends, NIKEIA LIDDELL and ALBERT MOTLEY, | ) ) ) ) ) | No. 10 C 2875 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| OFFICER ECHOLS, as agent and employee of the OFFICE OF THE CHIEF JUDGE OF THE CIRCUIT COURT OF COOK COUNTY, a Municipal Corporation, and the OFFICE OF THE CHIEF JUDGE OF THE CIRCUIT COURT OF COOK COUNTY, | ) ) ) ) ) ) ) ) ) ) | Honorable Judge Ronald A. Guzman |
| Defendants. | ) | |

## MOTION OF DEFENDANT ECHOLS
## TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

**NOW COMES** Defendant Echols, by her attorney Anita Alvarez, State's Attorney of Cook County, through her assistant Patrick Smith, and pursuant to Fed. R. Civ. P. 12(b)(1) and (6) moves this Honorable Court to dismiss the Plaintiff's Amended Complaint for lack of jurisdiction and failure to state a claim upon which relief can be granted.

A memorandum of law in support of this motion to dismiss has been filed with this motion.

Respectfully Submitted,

ANITA ALVAREZ
State's Attorney of Cook County

/s/PatrickSmith
Patrick Smith (# 6198416)
Assistant State's Attorneys
69 W. Washington, Suite 2030
Chicago, Il 60602
(312) 603-1427